STATE OF CONNECTICUT *v.* ARTHUR LEE VAUGHT
(12806)

LANDAU, SPEAR and FREEDMAN, Js.

Argued January 6—decision released January 24, 1995

*Christopher M. Cosgrove,* assistant public defender, for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Warren Maxwell,* senior assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.